UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ :  21 MC 100 (AKH)
IN RE WORLD TRADE CENTER                                   :
DISASTER SITE LITIGATION                                   :
------------------------------------------------------------ :
SUSAN SANSONI, as Administratrix of the Estate :
of DAVID SANSONI, Deceased, and SUSAN      :  **DOCKET NO. 07-CV-6117**
                                                           :  **Judge Hellerstein**
SANSONI, Individually,                                     :
                                                           :  **AFFIDAVIT OF SERVICE**
                  Plaintiffs                               :
                                                           :
       -against-                                           :
                                                           :
CITY OF NEW YORK, PORT AUTHORITY               :
OF NEW YORK AND NEW JERSEY, AMEC               :
CONSTRUCTION MANAGEMENT, INC.,                 :
BECHTEL ENVIRONMENTAL, INC.                    :
BOVIS LEND LEASE LMB, INC.                     :
TULLY CONSTRUCTION CO., INC. and               :
TURNER CONSTRUCTION COMPANY,                   :
                                                           :
                  Defendants.                              :
------------------------------------------------------------ :

   I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

   On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving a true copy of the same in the manner prescribed by the law of the State of New York for the service of summons upon the Port Authority of New York and New Jersey, to Madelyn Michelle Gilyard, at the New York City Law Department located at:

Port Authority of New York and New Jersey
225 Park Avenue South, 18th Floor
New York, New York 10003

_____
Aaron Solomon

Sworn to before me on this
24th day of July, 2007

_____
NOTARY PUBLIC

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 20 10

1

Case 1:07-cv-06117-AKH    Document 4    Filed 08/14/2007    Page 2 of 2